| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Northwest Missouri Holdings, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-1261104 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>118 E. Nodaway Street<br>Oregon, Missouri<br>ZIP CODE 64473 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Holt County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Northwest Missouri Holdings, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Northwest Missouri Holdings, Inc. |
|---|---|

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>Charles J. Brown, III<br>Printed Name of Attorney for Debtor(s)<br>Gellert, Scali, Busenkell & Brown<br>Firm Name<br>913 N. Market Street, 10th Floor, Wilmington, DE 19801<br>Address<br>(302) 425-5813<br>Telephone Number<br>04/06/2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Timothy P. Bradley<br>Printed Name of Authorized Individual<br>President<br>Title of Authorized Individual<br><br>_____<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## CONSENT IN LIEU OF A SPECIAL MEETING
## OF THE SHAREHOLDERS AND DIRECTORS OF THE
## NORTHWEST MISSOURI HOLDINGS, INC.

WHEREAS, the undersigned, being all of the common and preferred shareholders and all of the directors of Northwest Missouri Holdings, Inc., a Delaware corporation (the "Corporation"), hereby consent to the adoption hereof and do hereby adopt the following resolutions and declare them to be in full force and effect as if adopted at a regularly or specially held meeting of the shareholders and Board of Directors of the Corporation (the "Board") pursuant to the Corporation's Bylaws and the General Corporation Laws of the State of Delaware;

WHEREAS, the Board has had the opportunity to consult with the Corporation's management team and financial and legal advisors and fully consider each of the strategic alternatives available to the Corporation;

WHEREAS, as a result of impending debt maturities, judgment(s), and potential or actual events of default thereunder, that will result in the Corporation being unable to continue operating without protection from creditors, it has been determined that the filing of a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code is in the best interests of the Corporation, its creditors, employees, shareholders and other interested parties;

I.

NOW, THEREFORE, BE IT RESOLVED that the proper Officers of the Corporation are hereby authorized and directed to prepare and file Chapter 11 Bankruptcy proceedings in the State of Delaware; and

II.

BE IT RESOLVED FURTHER that the proper Officers of the Corporation are hereby authorized and directed to hire, retain and pay the law firm of Werb & Sullivan and such other professionals that they deem appropriate in order to prepare, file, prosecute, and complete the Chapter 11 proceedings in Delaware; and

III.

BE IT RESOLVED FURTHER that any and all other appropriate actions in order to proceed with the Chapter 11 proceedings in Delaware are hereby approved, and that any of the proper Officers of the Corporation be, and each hereby is, authorized for and on behalf of the Corporation, and as the act and deed of the Corporation, to do or cause to be done any and all acts and things and to execute, deliver, acknowledge, file, request, receive, or accept any and all such instruments, documents, certificates and papers of any and every description whatsoever as the proper Officers may deem necessary or advisable in order to carry out and effectuate the foregoing resolutions.

This Consent will be included in and as a part of the minutes of the Corporation and kept with the corporate records of the Corporation.  To the extent inconsistent herewith, for purposes of these resolutions the Bylaws of the Corporation shall be deemed amended in conformance herewith.  This Consent may be executed in counterparts and when so executed will constitute one and the same instrument notwithstanding that all shareholders and directors are not signatories to the original or any of the same counterparts.

[Signature Page Follows.]

IN WITNESS WHEREOF, the undersigned have set their hand to be effective as of the 3ᵒ day of March, 2015.

**SHAREHOLDERS:**

**Common Stock Shareholders:**

**AMERICAN BROADBAND COMMUNICATIONS, INC.,** a Delaware corporation

By: _____
Its: _____

**SIGNAL EQUITY PARTNERS, II, L.P.,** a
Delaware Limited Partnership

Charles **T. Lake II**
**Managing Director**

By: _____
Signal Equity Advisors II, LLC, General Partner

**Preferred Stock Shareholders:**

**AMERICAN BROADBAND CAPITAL, INC.,** a
Delaware corporation

By: _____
    Timothy P. Bradley, President

**SIGNAL EQUITY PARTNERS, II, L.P.,** a
Delaware Limited Partnership

Charles **T. Lake II**
Managing Director

By: _____
Signal Equity Advisors II, LLC, General Partner

3

**DIRECTORS:**

_____
Timothy P. Bradley

_____
Charles T. Lake II

_____
Malcolm C. Nolen

4

**DIRECTORS:**

_____
Timothy P. Bradley


_____
Charles T. Lake II

_____
Malcolm C. Nolen

## Rider 1 to Voluntary Petitions

**Pending Bankruptcy Cases Concurrently Filed by this Debtor and Affiliated Debtors:**

Oregon Farmers Mutual Long Distance Inc.

The Oregon Farmers Mutual Telephone Company

South Holt Cablevision, Inc.

**IN THE UNITED STATES BANKUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Northwest Missouri Holdings, Inc., | ) | Case No. 15-_____ (_____) |
| a Delaware Corporation, | ) | |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| | ) | |

**DECLARATION REGARDING
<u>CORPORATE OWNERSHIP STATEMENT</u>**

I, Charles T. Lake II the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that such statement is true and correct to the best of my knowledge, information, and belief.

Date: April 4, 2015

By: _____
      Name: Charles T. Lake II
      Title: Secretary & Treasurer

## IN THE UNITED STATES BANKUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Northwest Missouri Holdings, Inc., | ) | Case No. 15-_____ (_____) |
| a Delaware Corporation, | ) | |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| ─────────────────────────────── | ) | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interest in the above-captioned debtor.

| Debtor | Direct Owners(s)[4] | Indirect Owners |
|---|---|---|
| Northwest Missouri Holdings, Inc., a Delaware Corporation | Signal Equity Partners II, L.P., a Delaware Limited Partnership | |
| | American Broadband Communications, Inc., a Delaware Corporation | |

---

[4] The entity listed below may manage multiple direct or indirect owners who, in the aggregate, own 10% or more of any class of equity interests in the Debtors.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWEST MISSOURI HOLDINGS, INC.,[1] | Case No. 15 -_____ |
| *et al.* | Jointly Administered |
| Debtors. | |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The Debtors and Debtors in Possession (the "Debtors") in the above-captioned case hereby certifies under penalty of perjury that the consolidated list of *Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is the complete and to the best of the Debtors' knowledge correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to the possible defenses to any claims set forth in the *Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defenses to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _6_ day of April, 2014 at Wilmington, Delaware.

Charles T. Lake II, Secretary & Treasurer

---

[1] The Debtors in this case and the last four digits of their federal tax identification numbers are: Northwest Missouri Holdings, Inc. (1104); South Holt Cablevision (2604); The Oregon Farmers Mutual Telephone Company (2780); Oregon Farmers Mutual Long Distance, Inc. (8678). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is: 118 East Nodaway Street, Oregon, MO 64473.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____District Of Delaware_____

In re ___NORTHWEST MISSOURI HOLDINGS, Inc._____,    Case No. _____
                            Debtors

                                                              Chapter _11_____

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtor and certain affiliated entities (collectively, the "Debtors")¹ each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The following is a consolidated list of creditors holding the 20 largest unsecured claims against the Debtors, prepared on a consolidated basis from the Debtors' unaudited books and records as of April 6, 2015, and in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (a) persons who come within the definition of "insider" set forth in Bankruptcy Code section 101(31) or (b) secured creditors, unless the value of the collateral securing such claim is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

Nothing herein shall constitute an admission of liability by, or be binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt.  In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents related to such obligations, the corporate and legal documents shall control.

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Townes Missouri, Inc. | Nancy Irene Blake Murphy, Taylor, Siemens & Elliott, P.C. 3007 Frederick Ave. St. Joseph, MO 64506 | | Disputed | $5.1 Million |
| Townes Missouri Two, Inc. | Nancy Irene Blake Murphy, Taylor, Siemens & Elliott, P.C. 3007 Frederick Ave. St. Joseph, MO 64506 | | Disputed | $500,000.00 |

---

¹ The Debtors in this case and the last four digits of their federal tax identification numbers are: Northwest Missouri Holdings, Inc. (1104); South Holt Cablevision (2604); The Oregon Farmers Mutual Telephone Company (2780); Oregon Farmers Mutual Long Distance, Inc. (8678).  The location of the Debtors' corporate headquarters and the Debtors' address for service of process is: 118 East Nodaway Street, Oregon, MO  64473.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| South Holt Communications , Inc. | Tyler Peters Payne & Jones, Chartered 11000 King P.O. Box 25625 Overland Park, KS 66225-5625 | | Disputed | $72,060.00 |
| National Cable Television Cooperative, Inc. | National Cable Television Cooperative, Inc P.O. Box 414826 Kansas City, MO 64141-0000 | Trade | | $12,048.95 |
| Butler Communications | Butler Communications P.O. Box 795154 St. Louis MO 63178-7415 | Trade | | $9,546.09 |
| Universal Service Administrative Company | Universal Service Administrative Company P.O. Box 105056 Atlanta, GA 30348-5056 | Trade | | $3,030.16 |
| Mid America Computer Corp | Mid America Computer Corp 111 Admiral Drive P.O. Box 700 Blair, NE 68008-0000 | Trade | | $2,870.96 |
| Advantage Telcom | Advantage Telcom P.O. Box 17724 San Antonio, TX 78217-7724 | Trade | | $1,253.02 |
| Fox Sports Net Midwest | File #55652 Los Angeles, CA 90074-5652 | Trade | | $1,013.11 |
| Adams Cable Equipment, Inc | Adams Cable Equipment, Inc P.O. Box 25687 Overland Park, KS 66225 | Trade | | $864.34 |
| KCTV/KSMO-TV | KCTV/KSMO-TV 4500 Shawnee Mission Parkway Fairway, KS 66205 | Trade | | $631.40 |

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Hearst Television | Hearst Television<br>P.O. Box 25813<br>Lehigh Valley, PA 18002-5813 | Trade | | $602.70 |
| NEXSTAR BROADCASTING, INC. | NEXSTAR BROADCASTING, INC.<br>P. O. Box 841815<br>Dallas, TX 75284-1815 | Trade | | $574.00 |
| Brydon Swearengen & England PC | Brydon Swearengen & England PC<br>P.O. Box 456<br>Jefferson City, MO 65102-0456 | Trade | | $521.23 |
| Rovi Guides, Inc. | Rovi Guides, Inc.<br>P.O. Box 202624<br>Dallas, TX 75320-2624 | Trade | | $454.91 |
| Tower Distribution Co. | Tower Distribution<br>C/O Accounts Receivable<br>5980 Collection Center Dr.<br>Chicago, IL 60693-0000 | Trade | | $416.15 |
| Scripps Media Retransmission | Scripps Media Retransmission<br>P.O. Box 204286<br>Dallas, TX 75320-4286 | Trade | | $401.80 |
| Mail Finance | Mail Finance<br>25881 Network Place<br>Chicago, IL 60673-1258 | Trade | | $281.47 |
| Showtime Networks Inc. | P.O. Box 13495<br>Newark, NJ 07188-0495 | Trade | | $153.44 |

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| United Electric Cooperative, Inc. | United Electric Cooperative, Inc. P.O. Box 319 Savannah, MO 64485-0000 | Trade | | $248.23 |
| Subsentio | P.O. Box 2650 Littleton, Co 80161-2650 | Trade | | $150.00 |
| Sprint Communications Company L.P. | Laurence R. Tucker Casey O. Housley Armstrong Teasdale LLP. 2345 Grand Boulevard, Suite 1500 Kansas City, MO 64108-2617 | | Unliquidated and Disputed | |